ACCEPTED
01-15-00280-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 1:53:17 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00280-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 1:53:17 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| JEMARCUS LATRON GREEN, APPELLANT | § § § | IN THE COURT OF APPEALS |
| VS. | § § | 1st JUDICIAL DISTRICT |
| THE STATE OF TEXAS, APPELLEE | § § § | AT HOUSTON, TEXAS |

CASE NO. 1398059

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| JEMARCUS LATRON GREEN | § | 337th JUDICIAL DISTRICT |

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW JEMARCUS LATRON GREEN, appellant, by and through his attorney of record, KURT B. WENTZ, who files this Appellant's Second Motion for Extension of Time to File Appellant's Brief and in support thereof would show this Court as follows:

I.

The appellant has been found guilty of capital murder in a case in which the State did not seek the death penalty. The appellant has been sentenced to life without parole in the Institutional Division of the Texas Department of Criminal Justice.

II.

This Court has previously extended the time for filing the appellant's brief to October 16, 2015.

1

III.

The attorney for the appellant has not been able to complete and file the appellant's brief for the following reasons:

A. In early August, 2015 counsel fell. The fall resulted in a broken hip that required hip replacement surgery by Dr. Daniel Le at Houston Methodist Hospital. The surgery, hospitalization, and convalescence that followed severely limited counsel's ability to practice both on an appellate and trial level.

B. On October 12, 2015 counsel began trial in the death penalty case entitled *The State of Texas v. William Mason* in the 228th District Court of Harris County, Texas. It has been estimated by others that this trial will last until November 20, 2015. The time counsel has had to spend familiarizing himself with the record in this retrial and Mr. Mason's personal history has compromised his ability to complete the appellant's brief as well as attend to other trial cases.

C. Counsel has not neglected his appellate work in spite of the foregoing and has completed and filed a nondeath capital murder brief in *Vicente Eddie Matta* with the 14th Court of Appeals on October 14, 2015.

IV.

Mr. Green continues to desire to appeal his capital murder conviction and remains indigent for the purpose of that appeal.

Because of counsel's involvement in the death penalty case entitled *The State of Texas v. William Mason* it has been necessary for counsel's other cases to be reset until the end of November and early December. This will compromise his ability to complete Mr. Green's brief before January 15, 2016.

V.

This Motion is not intended for the purposes of delay, but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the attorney for the appellant requests that

the court extend the time for filing the appellant's brief until January 15, 2016.

Respectfully submitted,

/s/Kurt B. Wentz_____
KURT B. WENTZ
5629 Cypress Creek Parkway, Suite 115
Houston, Texas 77069
Phone: 281/587-0088
e-mail: kbsawentz@yahoo.com
State Bar No. 21179300
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Kurt B. Wentz, hereby certify that a true and correct copy of the Appellant's Second Motion for Extension of Time to File Appellant's Brief was served on the Assistant District Attorney for Harris County, Texas presently handling this cause on the 14th day of October, 2015.

/s/Kurt B. Wentz_____
KURT B. WENTZ